RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Victoria Maria Villa

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>VICTORIA MARIA VILLA,<br><br>  Defendant. | Case No. 2:23-cr-00187-GMN-DJA-1<br><br>**STIPULATION TO CONTINUE PRELIMINARY REVOCATION HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Victoria Maria Villa, that the Preliminary Revocation Hearing currently scheduled on April 23, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. In accordance with the Order of this Court, the parties anticipate that the defendant will be released from custody and enter in-patient treatment on or

about April 25, 2025. The defendant's release from custody (and participation in in-patient treatment) may obviate the need for a preliminary hearing.

2. XXXXXXXXXXXXXXXXXXXXXXXXXXX

3. The parties and the probation officer also believe it is in the defendant's best interests to complete in-patient drug treatment before proceeding to her revocation hearing.

4. The defendant is in custody and agrees with the need for the continuance.

5. The parties agree to the continuance.

This is the first request for a continuance of the preliminary revocation hearing.

DATED April 21, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ *Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ *Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00187-GMN-DJA-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| VICTORIA MARIA VILLA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Wednesday, April 23, 2025 at 3:00 p.m., be vacated and continued to  July 29, 2025  at the hour of  11:00 a .m.; or to a time and date convenient to the court.

DATED this  22  day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3